Leave to file
GRANTED
5/12/2020

*[signature]*

FILE AS: MOTION FOR HOME CONFINEMENT
LATERAL DEPARTURE DUE TO
COVID-19 PANDEMIC

03-CR-314(RJL

May 1, 2020

The Honorable Judge Richard J. Leon
U.S. Distric Court
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Leon

    I truly hope all is well with you and your love ones during this time of the COVID-19 Pandemic.

    I am writing this letter on my behalf of the COVID-19 virus. I am seeking lateral departure from Fort Dix, to Home Confinement where I can serve the remainder of my sentence. I am not seeking a time or sentence reduction. The virus is moving at a rapid pace and the deaths are rising everyday. A prison is a perfect place for a virus to spread out of control. Many of the inmates are going to die due to the virus.

    I am seeking mercy from the court due to the COVID-19 virus. Once again I'm not seeking a sentence reduction. I am seeking a lateral departure to home confinement to finish the rest of my sentence. I have served over fifty percent of my sentence. The U.S. Attorney General, William Barr wrote two orders demanding the B.O.P. release inmates due to the Virus.

Respectfully Submitted

Talib D. Watson

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Talib D. Watson
Petitioner/Defendant                  .

                                      .          Case: CR03-314-(RJL)

                                      .          Motion    For     Home
                                                 Confinement   Lateral
                                      .          Departure    Do    To
          v.                                     COVID-19    Pamdemic

                                      .

United States of America
Respondent/Plaintiff                  .


Now Comes the Petitioner, Talib D. Watson (hereinafter Petitioner or Watson) filing in propria perona, respectfully moving this Honorable Court to grant Motion for Home Confinement, Lateral Departure do to the COVID-19 Pandemic.

Petitioner: Talib D. Watson is not seeking a sentence reduction. He is seeking Home Confinement where he can finish the rest of his sentence. Due to the COVID-19 Pandemic.

He has served seventeen years over fifty percent of his sentence. The COVID-19 Pandemice does not have a specific place where it strikes. A prison is a perfect place for a virus to spread out of control.

## C O N C L U S I O N

Once again Petitioner Talib D. Watson, is not seeking a sentence reduction. He is seeking a lateral departure to Home Confinement where he can finish out the rest of his sentence do to the COVID-19 Pandemic. He is seeking the mercy of this Honorable to look at the sentence served with discretion.

Respectfully Submitted

Dated: 5 / 5 /2020.

*Talib D. Watson*

Talib D. Watson