Leave to file
GRANTED

[signature]
6/12/20

UNITED STATES DISTRICT COURT

DITRICT OF COLUMBIA

United States of America

                                          Case: CR3- 314(RJL)

v.

Talib D. Watson

Petitioner reply to Government opposition to Defendant's Pro se Motion for Home Confinement Lateral Departure Due to COVID-19 Pandemic

Now Returns The Petitioner, Talib D. Watson[1] (Hereinafter petitioner or" Watson), filing in propria persona, respectfully replying in counter argument to Government's opposition to petitioner's pro se motion for Home Confinement Lateral Departure Due to COVID-19 Pandemic.

Government argument to petitioner's motion for Home Confinement Lateral Departure Due to COVID-19 Pandemic the Government wants the Honorable Court to deny the motion because the government says petition's or defendant has not shown that he is deserving. And second the defendant does not provide any details about where he would serve home confinement that would assure the safety of the community.

Petitioner: Talib D. Watson has served well over 50% of his sentence. He has demonstrated his will to become a better man by serving his sentence by taking advantage of the Education classes, such as G.E.D. The Save Our Youth, Customer Service Program, SPC Drawing Class, Spin Bike class, Core exercise, Computer Application 1, Computer Appilcation 2, Key Boarding, Employment Skills, DRAP, Legal Research, Failing Forward, Estimate Remodeling Jobs, GEDA, Beginner Drum Participant, Summer Basketball Coach/Player, Step Instructor, RDAP After, RDAP Mentor, Advance CDL Courses. Also Petitioner took advantage of the Paralegal Course that was paid for by his Mother Dr. Edith G. Watson.

Petitioner: Watson proposed confinement that would assure the safety of the community for one he is not the same man from seventeen and a half years ago. Secondly, he has gained education and skills that will keep him out of trouble to assure the safety of the community.Thirdly, there are programs in place by the Mayor Muriel Bowser for Returning Citizens Affairs (MORA) that helps in all fields of life.

Petitioner" Watson's place of residence with his Mother Dr. Edith G. Watson at 144 Michigan Ave. N. E. Apt V24 Washington D.C.

20017 Phone Number or contact number 202-462-7264 with the permission of his Mother the petitioner's or defendant can serve the remainder of his sentence.

Petitioner: Watson Amended Motion for Home Confinement Lateral Departure Due to COVID-19 Pandemic Reply to the Government opposition to defendant's Pro se Motion.

Petitioner: Talib D. Watson short term goals: To finish his sentence of paying his debt to the community where he was born and raised. To take advantage of the education and skills he has gain and learned. To start a non-profit organization called Save Our Youth because we can. To take care of his Mother due to her health not being good she is 82 years old.

Petitioner: Watson feels that he will always have to lead the youth in the right direction so they will not take the wrong path in life. Life is to short, with the COVID-19 pandemic. He wants to make a difference before his life ends on gods gifted earth.

## CONCLUSION

Once again Petitioner Watson, is not seeking a sentence reduction. He is seeking a Home Confinement Lateral Departure Due to the COVID-19 Pandemic. His percentage of full term served is 72.5, percentage of statutory term served is 83.7 Home Detention eligibility date is 4/11/2023, and projected release is 10/11/2023.

*Talib D. Watson*

5/31/2020

The Honorable Judge Richard J. Leon
U.S. District Court
333 Constitution Avenue N.W.
Washington, D.C. 20017

Dear: Judge Leon

    I truly hope all is well with you and your family. Well as for myself, I am well. I recived your order and base on the Govenment and BOP determined that I was not suitable for release into home confinement. I strongly disagree I am house at a low custody prison. I have full time employment in the Recreation Department. I also have good family ties. I have taking advantage of the opportunity to better myself for my family and friends and also my community. Which I truly feel I owe a great deal to. Even under my current condition

(2)

of incarceration of seventeen and a half years of habilation and I still not met the criteria of any condition of release. The whole idea to have inmates leave prison as a rehabilated person as somebody that can return to society having to head in the right direction to share with others to save them from making similar mistakes. Once release one of my goals is to started a non-profit program call Save Our Youth. I can aussure the courts and my community that I am not a high risk of recidivism. My health at this time is OK, but I'm still at risk because of the close and tight condition. There is no way that social distance can be apply. New Jersey has a high case of Covid-19 cases. Everyday I am at risk. There is no denying that some people deserve to go to prison, as a society we have to keep our

(3)

communities safe and protect our citizens. Still how the Courts and BOP treat those who have made a mistake speaks of values and who they are as a people. America is a nation of second chances and folks who may have broken the law but have and still paying there debts to society should have the opportunity to get their lives back on track. When the criminal justice system is not as fair as it should be or does not give people a fair shot at that extra chance it hurts the inmates that are doing everything that is ask by Judges the Government, BOP for the sake of their families and communties. We are being deprived of enormous potential not in terms of people who are willing to write, work, vote, help, but people who are willing to atone for their mistakes and serve as a positive role models for our young people.

(4)

On behalf of myself and my family. I am returning to where justice is administered, 17 years later bring what this court asked for at my original sentence. Where you said I looked hard at this record to see if I could come up with that slight reason, any reason to make an exception... but you couldn't. I am now asking, The Honorable Judge Leon to please find that slight reason. If this may help I received a letter from Correction & Information Council in order to ask for any compassionate allows the judge to reduce a sentence to time served if the judge find that slight reason. There is no requirement that you first ask the BOP for compassionate release before filing a motion for compassionate release with the court. (This is different from the federal law.)

(5)

DC Code § 24-403.04 Motion for compassionate release for individuals convicted of felony offenses. Notwithstanding any other provision of law, the court may modify a term of imprisonment imposed upon a defendant if it determines the defendant is not a danger to the safety of any other person or the community, pursuant to the factors to be considered in 18 U.S.C. §§ 3142(g) and 3553(a) and evidence of the defendants rehabilitation while incarcerated. Enclose is a progress report of my accomplishments. Once again I seek mercy from the court for compassionate release or any condition of release for case No. CR3-314(RJL)

Respectfully Submitted

Mr. Talib D. Watson



| | | |
|---|---|---|
| **Summary Reentry Plan - Progress Report** | | **SEQUENCE: 00183126** |
| Dept. of Justice / Federal Bureau of Prisons | | **Report Date: 05-27-2020** |
| Plan is for inmate: WATSON, TALIB D  19919-009 | | |



| | | |
|---|---|---|
| Facility: | FTD  FORT DIX FCI | Custody Level: IN |
| Name: | WATSON, TALIB D | Security Level: LOW |
| Register No.: | 19919-009 | Proj. Rel Date: 10-11-2023 |
| Quarters: | F03-184L | Release Method: GCT REL |
| Age: | 52 | DNA Status: RIV04896 / 03-22-2011 |
| Date of Birth: | | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 33-541)(A)(1), ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE HEROIN | 15 YEARS |
| 18 USC 922(G)(1), UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR & 18 USC 844(A), SIMPLE POSSESSION OF A CONTROLLED | 108 MONTHS |

Date Sentence Computation Began:     06-25-2004
Sentencing District:     DIST OF COLUMBIA, SUPERIOR CRT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /   0 /   147 | 797 | Years: 17  Months: 4  Days: | + 543    JC  - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
*NO DETAINER*

### Program Plans

Inmate Watson displays independent living skills commensurate with institution or community opportunities to include maintenance of a clean residence, a responsible budget to include a savings account, meal preparation, appropriate personal hygiene and appearance and proper etiquette.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | REC E PM | RECREATION ORDERLY EAST PM | 11-24-2018 |

### Work Assignment Summary

Inmate Watson acquires and maintains employment in order to become self-sufficient and fulfill financial obligations. He engages in purposeful activity, develops abilities useful in the acquisition and maintenance of post-release employment and pursuit of career goals.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 02-19-1998 |
| FTD | GED EARNED | GED EARNED IN BOP | 10-29-2005 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD GP | C | LEGAL RESEARCH I - EAST | 10-02-2018 | 12-23-2018 |
| FTD GP | C | FAILING FORWARD - EAST | 10-10-2018 | 12-19-2018 |
| FTD GP | C | SAVE OUR YOUTH CNSLR LED | 08-21-2018 | 10-30-2018 |
| FTD GP | C | CUSTOMER SERICE | 07-06-2018 | 09-27-2018 |
| HAZ SCP | C | (PG) SPC DRAWING CLASS | 10-30-2017 | 12-18-2017 |
| HAZ SCP | C | SPC SPIN BIKE CLASS (2HRS) | 08-29-2017 | 10-24-2017 |
| RIV RDAP | W | CORE EXERCISE;M-H;1:00-1:50PM | 05-04-2017 | 08-03-2017 |
| RIV RDAP | C | COMPUTER APPS 1000-1150 M-F | 02-08-2016 | 07-05-2017 |
| RIV | C | CP APP AM1 8-9.50AM | 09-13-2011 | 11-18-2011 |
| RIV | W | CP APP AM1 8-9:50AM | 02-11-2011 | 03-31-2011 |
| RIV | C | KEYBD AM1 6-7.50AM | 10-06-2009 | 04-01-2010 |
| CUM | C | EMPLOYMENT SKILLS | 10-04-2005 | 12-21-2005 |



| | | Summary Reentry Plan - Progress Report | | SEQUENCE: 00183126 |
| | | Dept. of Justice / Federal Bureau of Prisons | | Report Date: 05-27-2020 |
| | | Plan is for inmate: WATSON, TALIB D   19919-009 | | |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CUM | C | GED/S EVE | 10-27-2005 | 10-29-2005 |
| CUM | W | ENGLISH GED 9:30-11:30 A.M. | 05-09-2005 | 10-27-2005 |
| CUM | C | ADVAN. COM. DRIVERS LICENSE | 01-24-2005 | 03-31-2005 |
| CUM | C | ESTIMATE REMODELING JOBS | 01-25-2005 | 03-29-2005 |
| CUM | W | GED/A 0930 | 03-10-2000 | 03-31-2000 |
| CUM | W | GEDA 9:30 A.M. | 11-09-1998 | 03-10-2000 |
| CUM | C | BEGINNER DRUM PARTICIPANT | 09-14-1999 | 10-27-1999 |
| CUM | C | SUMMER B-BALL COACHES/PLAYERS | 07-15-1999 | 07-29-1999 |

### Education Information Summary

Inmate Watson has participated in numerous educational programs, and continues to enroll in classes and programs that will ultimately assist in his release back into the community.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 06-06-2018 | 108 : POSSESSING A HAZARDOUS TOOL |
| | 115 : DESTROY/DISPOSE ITEM-SEARCH |
| 04-22-2011 | 218 : DESTROYING PROP OVER $100 |
| 08-03-1999 | 310 : BEING ABSENT FROM ASSIGNMENT |
| 05-25-1999 | 316 : BEING IN UNAUTHORIZED AREA |
| 01-25-1999 | 307 : REFUSING TO OBEY AN ORDER |

### Discipline Summary

Inmate Watson has received incident reports and he was sanctioned accordingly. He has maintained clear conduct since June 2018.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FTD GP | A-DES | TRANSFER RECEIVED | 07-03-2018 | CURRENT |
| HAZ SCP | A-DES | TRANSFER RECEIVED | 07-24-2017 | 07-02-2018 |
| RIV RDAP | A-DES | TRANSFER RECEIVED | 03-10-2009 | 06-29-2017 |
| RIV | A-DES | OTHER AUTH ABSENCE RETURN | 01-27-2009 | 03-10-2009 |
| RIV | A-DES | OTHER AUTH ABSENCE RETURN | 12-09-2008 | 01-27-2009 |
| RIV | A-DES | OTHER AUTH ABSENCE RETURN | 11-13-2008 | 12-09-2008 |
| RIV | A-DES | OTHER AUTH ABSENCE RETURN | 10-27-2008 | 11-13-2008 |
| RIV | A-DES | OTHER AUTH ABSENCE RETURN | 10-07-2008 | 10-27-2008 |
| RIV | A-DES | WRIT RETURN | 05-29-2008 | 10-07-2008 |
| RIV | A-DES | TRANSFER RECEIVED | 04-26-2007 | 04-15-2008 |
| CUM | A-DES | WRIT RETURN | 05-22-2006 | 04-19-2007 |
| CUM | A-DES | PROBATION VIOL (US OR DC CD) | 11-01-2004 | 01-09-2006 |
| CUM | A-DES | US DISTRICT COURT COMMITMENT | 01-26-1998 | 03-29-2000 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-16-2004 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-26-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-28-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-28-2015 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|



| Summary Reentry Plan - Progress Report | SEQUENCE: 00183126 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons  Plan is for inmate: WATSON, TALIB D   19919-009 | Report Date: 05-27-2020 |

| Assignment | Description | Start |
|---|---|---|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 09-04-2013 |
| ED NONE | DRUG EDUCATION NONE | 11-17-2017 |
| FOL COMP | FOLLOWUP SERVICES COMPLETE | 09-23-2014 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 01-23-2013 |

### Physical and Mental Health Summary

Inmate Watson maintains physical well-being through health promotion and disease prevention strategies such as a healthy lifestyle and habits, routine medical care, regular exercise. Inmate Watson also maintains sound mental health through avoidance of substance abuse/dependence and other self-destructive behaviors. Inmate Watson participates in appropriate medication and/or treatment as necessary to address any acute or chronic medical conditions.

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 12-14-2005**
**Inmate Decision:** **AGREED**   **$225.00**   Frequency: **SINGLE**
Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
|   | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 3 | ASSMT | $125.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
|   | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | COST DC | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
|   | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |

### Financial Responsibility Summary

At the time of sentencing, inmate Watson was ordered to pay a court felony assessment. He agreed to make payments toward these obligations through participation in the Inmate Financial Responsibility Program. Inmate Watson does not have an outstanding balance at this time.

### Release Planning

Inmate Waston is currently serving a 15 year District of Columbia Superior Court sentence, with a projected release date of October 11, 2023, via Good Conduct Time Release.

### General Comments

Inmate Waston will be considered for halfway house placement when the time is appropriate. Inmate Watson requires halfway house placement to reestablish himself back into the community, so his release will be a successful.



| **Summary Reentry Plan - Progress Report** | SEQUENCE: 00183126 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons<br>Plan is for inmate: WATSON, TALIB D  19919-009 | Report Date: 05-27-2020 |

|  |  |
|---:|---|
| Name: | WATSON, TALIB D |
| Register Num: | 19919-009 |
| Age: | |
| Date of Birth: | |
| DNA Status: | RIV04896 / 03-22-2011 |

*Talib P. Watson* (signature)
Inmate   (WATSON, TALIB D, Register Num: 19919-009)

5/27/20
Date

_____          _____
Chairperson                                           Case Manager

                                                              5/27/20
_____          _____
Date                                                    Date

---

Summary Reentry Plan - Progress Report                                   Page 4 of 4

F.C.I. Fort Dix
P.O. Box 2000
Joint Base MDL
New Jersey 08640



The Honorable Judge Richard J. Leon
U.S. District Court
333 Constitution Avenue N.W.
Washington, D.C. 20001

